# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

THE GEO GROUP, INC.,

Plaintiff,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

Defendant.

Case No. 1:26-cv-08059-KES-HBK

Assigned to Hon. Kirk E. Sherriff, Courtroom 6

**ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AND CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Action Filed: September 30, 2026

# ORDER

Having considered the Parties' stipulation setting a briefing schedule on Defendant's Motion to Dismiss and continuing the hearing on Plaintiff's Motion for Preliminary Injunction, and good cause appearing, the Court hereby **GRANTS** the stipulation.

**IT IS HEREBY ORDERED:**

1. Motion for Preliminary Injunction. The hearing on GEO's Motion for Preliminary Injunction (Dkt. 6) is CONTINUED from December 7, 2026, to January 19, 2027, at 1:30 p.m. in Courtroom 6. GEO's reply in support of the Motion for Preliminary Injunction shall remain due no later than November 30, 2026.

2. Motion to Dismiss. GEO's Opposition to Defendant's Motion to Dismiss (Dkt. 14) shall be filed no later than December 8, 2026; Defendant's Reply in support of the Motion to Dismiss shall be filed no later than December 18, 2026; and the hearing on the Motion to Dismiss shall remain set for January 19, 2027, at 1:30 p.m. in Courtroom 6.

IT IS SO ORDERED.

Dated: November 20, 2026

UNITED STATES DISTRICT JUDGE